LOUISA DELE, respondent,

*v.*

CHRISTIAN A. BRUNING et al., appellants.

[Decided October 14th, 1929.]

*Mr. Alexander M. MacLeod,* for the respondent.

*Mr. Gustav A. Hunziker,* for the appellants.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Lewis, and reported in *101 N. J. Eq. 58.*

*For affirmance*—PARKER, KALISCH, BLACK, CAMPBELL, LLOYD, WHITE, VAN BUSKIRK, KAYS, HETFIELD, DEAR, JJ. **10.**

*For reversal*—THE CHIEF-JUSTICE, TRENCHARD, CASE, BODINE, McGLENNON, JJ. **5.**